# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11461

_____

UNITED STATES OF AMERICA,

                                                           Plaintiff-Appellee,

*versus*

CONSTANTINE VARSAMAS VARAZO, II,
a.k.a. Smoke,

                                                           Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 4:21-cr-00032-CDL-MSH-1

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 10, 2024

For the Court: DAVID J. SMITH, Clerk of Court